

# The Attorney General of Texas

December 20, 1978

JOHN L. HILL
Attorney General

Supreme Court Building
P.O. Box 12548
Austin, TX. 78711
512/475-2501

701 Commerce, Suite 200
Dallas, TX. 75202
214/742-8944

4824 Alberta Ave., Suite 160
El Paso, TX. 79905
915/533-3484

723 Main, Suite 610
Houston, TX. 77002
713/228-0701

806 Broadway, Suite 312
Lubbock, TX. 79401
806/747-5238

4313 N. Tenth, Suite F
McAllen, TX. 78501
512/682-4547

200 Main Plaza, Suite 400
San Antonio, TX. 78205
512/225-4191

An Equal Opportunity/
Affirmative Action Employer

Honorable Ron Resech
Executive Director
Texas Cosmetology Commission
1111 Rio Grande
Austin, Texas 78701

Opinion No. H- 1298

Re: Jurisdiction of the justice of the peace over misdemeanor cases involving violation of the cosmetology law, article 8451a, V.T.C.S.

Dear Mr. Resech:

You ask:

> Under the Texas Constitution, and the Code of Criminal Procedure, do the justice of peace courts have jurisdiction over misdemeanor cases involving violations of the Cosmetology Statutes, codified as Article 8451a, V.A.C.S.?

You indicate that some justices of the peace refuse to accept complaints under this law claiming a lack of jurisdiction.

Article 5, section 19 of the Texas Constitution provides:

> Justices of the peace shall have jurisdiction in criminal matters of all cases where the penalty or fine to be imposed by law may not be more than for two hundred dollars, . . . .

See also Code Crim. Proc. art. 4.11.

Section 47(a) of article 8451a, V.T.C.S., provides:

> (a) Any person who violates a provision of this Act except Section 35 is guilty of a misdemeanor and on conviction is punishable by a fine of not less than $25 nor more than $100.

Section 35 provides that a physician who signs a health certificate showing that an applicant is free from contagious disease when the physician has not

conducted a physical examination of the applicant is guilty of a misdemeanor punishable by a fine of not less than $50 nor more than $200.

Since the punishment for a violation of article 845la, V.T.C.S., can not exceed $200, the justice courts have jurisdiction over misdemeanor charges brought under the Act.

## SUMMARY

The justice courts have jurisdiction over misdemeanor violations of the Cosmetology Act, article 845la, V.T.C.S.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

APPROVED:

DAVID M. KENDALL, First Assistant

C. ROBERT HEATH, Chairman
Opinion Committee

jsn